# United States Court of Appeals
## For the First Circuit

No. 00-1174

UNITED STATES OF AMERICA

Appellant,

v.

JONATHAN MOORE,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on, December 29, 2000, is amended as follows:

The cover page should read: "JONATHAN MOORE, Defendant, Appellee."